IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARK EDWIN ABRESCH,<br><br>Defendant. | CR 13-04-GF-BMM-JTJ<br><br>**FINDINGS AND RECOMMENDATIONS** |

## I. Synopsis

Defendant Mark Edwin Abresch (Abresch) has been accused of violating the conditions of his supervised release. Abresch admitted the alleged violation. Abresch should be placed in custody for 3 months, with 57 months of supervised release to follow.

## II. Status

Abresch pleaded guilty to Conspiracy to Possess with Intent to Distribute Methamphetamine on April 11, 2013. (Doc. 30). The Court sentenced Abresch to 72 months of custody, followed by 5 years of supervised release. (Doc. 42). Abresch's current term of supervised release began on April 12, 2018. (Doc. 48 at 1).

**Petition**

The United States Probation Office filed a Petition on April 9, 2021, requesting that the Court revoke Abresch's supervised release. (Doc. 48). The Petition alleged that Abresch had violated the conditions of his supervised release by possessing marijuana.

**Initial appearance**

Abresch appeared before the undersigned for his initial appearance on April 13, 2021. Abresch was represented by counsel. Abresch stated that he had read the petition and that he understood the allegations. Abresch waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on June 1, 2021. Abresch admitted that he had violated the conditions of his supervised release by possessing marijuana. The violation is serious and warrants revocation of Abresch's supervised release.

Abresch's violation is a Grade C violation. Abresch's criminal history category is II. Abresch's underlying offense is a Class A felony. Abresch could be incarcerated for up to 24 months. Abresch could be ordered to remain on

2

supervised release for up to 60 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 4 to 10 months.

### III. Analysis

Abresch's supervised release should be revoked. Abresch should be incarcerated for 3 months, with 57 months of supervised release to follow. This sentence is sufficient but not greater than necessary.

### IV. Conclusion

The Court informed Abresch that the above sentence would be recommended to United States District Judge Brian Morris. The Court also informed Abresch of his right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Abresch that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That Mark Edwin Abresch violated the conditions of his supervised release by possessing marijuana.

The Court **RECOMMENDS:**

> That the District Court revoke Abresch's supervised release and commit Abresch to the custody of the United States Bureau of Prisons for 3 months, with 57 months of supervised release to follow.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 2nd day of June, 2021.

John Johnston
United States Magistrate Judge